ASHER BEITCH, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28137.) — Claimant appeals from a judgment of the Court of Claims dismissing after trial his claim for damages for false imprisonment in two State mental institutions. The original order of commitment was made by the Supreme Court of New York County on December 19, 1933. The Court of Claims held that the order was made in conformity with the statute then in effect, but, even if erroneously made, was valid on its face and issued by a court of competent jurisdiction. Hence the superintendent of the institution to whom it was directed was obliged to receive claimant and no liability for false imprisonment ensued against the State (*Douglas* v. *State of New York*, 295 N. Y. 941; *Warner* v. *State of New York*, 297 N. Y. 395). Judgment unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [193 Misc. 350.] [See *post*, p. 1002.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SAGLIBENE, Appellant.— Appeal by defendant from a judgment of the County Court of Schenectady County convicting him on his plea of guilty to an indictment charging him with a violation of section 974 of the Penal Law (possession of policy slips). Judgment of conviction unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.